UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

PAULI COFFEY,  )
  )
        Plaintiff,  )
  )
vs.  )   1:04-cv-1398-SEB-VSS
  )
STARBUCKS, INC.,  )
  )
        Defendant.  )

**J U D G M E N T**

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on her complaint.

The costs of this action are assessed against the plaintiff.

Date: 10/20/2005

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Jeffery Alan Whitney
GONZALEZ SAGGIO & HARLAN LLP
jeff_whitney@gshllp.com

Pauli Coffey
P. O. Box 30343
Indianapolis, IN 46230